889 A.2d 1166

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Eugene C. LaMANNA, Respondent.**

**No. 1089 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of December, 2005, there having been filed with this Court by Eugene C. LaManna his verified Statement of Resignation dated October 24, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Eugene C. LaManna be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the

provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.